HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, Bar #282400
Chief Assistant Federal Defender
801 I Street 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700/Fax: (916) 498-5710

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:21-CR-00326-ADA |
| ) | |
| *Plaintiff,* ) | **APPLICATION AND ORDER** |
| ) | **APPOINTING COUNSEL** |
| vs. ) | |
| ) | |
| JOSE MARTINEZ ) | |
| ) | |
| *Defendant,* ) | |
| ) | |
| _____ ) | |

Defendant, Jose Martinez, through the Federal Defender for the Eastern District of

California, hereby requests appointment of counsel.

Mr. Martinez submits the attached Financial Affidavit as evidence of his inability to

retain counsel. On October 6, 2022, a Petition for Violation of Supervised Release was filed, and

a summons has issued for Mr. Martinez initial appearance on October 14, 2022.

After reviewing his Financial Affidavit, it is respectfully recommended that counsel be

promptly appointed to facilitate his appearance.

DATED: October 12, 2022                    _/s/ Jerome Price_____
                                           JEROME PRICE
                                           Chief Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **October 12, 2022**                    /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE