PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>JOSE MARTINEZ<br><br>        Defendant. | CASE NO. 1:21-CR-326-NONE<br><br>STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND SET STATUS CONFERENCE |

## BACKGROUND

This supervised release violation matter is currently scheduled for a preliminary hearing on **June 13, 2024.** The parties have agreed to vacate the preliminary hearing and set a status conference for **August 14, 2024**, at 1 pm.

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for June 13, 2024 be vacated and a status conference set on August 14, 2024. This will provide counsel for the United States and Martinez sufficient time to investigate the matter and discuss proposals for resolution. As this is a supervised release matter, no exclusion of time the Speedy Trial Act is necessary.

///

1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: June 11, 2024 | By: /s/ Michael G. Tierney<br>Michael G. Tierney<br>Assistant United States Attorney |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June 11, 2024 | By: /s/ Laura Myers<br>Assistant Federal Defender<br>Attorneys for Jose Martinez |

///
///
///
///

**O R D E R**

**IT IS SO ORDERED.** The preliminary hearing currently set for June 13, 2024, is hereby vacated. The Court sets a status conference in this matter on August 14, 2024, at 2:00 pm.

DATED:  June 11, 2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

2