HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARTINEZ,<br><br>Defendant. | Case No. 1:21-cr-00326-ADA<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Jose Martinez, that the status conference on August 14, 2024, be continued to September 11, 2024.

   This matter is currently scheduled for a status conference on August 14, 2024. Doc. 29. On August 2, 2024, the Court directed counsel for the United States and defendant Martinez to file a joint status report; or in the alternative, to file a stipulation to continue the status conference. Counsel for the United States and defendant Martinez have agreed that further time is necessary for defense investigation, review of discovery, and potential plea negotiations. The parties have therefore agreed to stipulate to a continuance of the status conference.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 13, 2024

*/s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 13, 2024

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
JOSE MARTINEZ

## **O R D E R**

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys, that the status conference currently set for August 14, 2024 be continued to September 11, 2024.

IT IS SO ORDERED.

Dated:  8/13/2024

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge