PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00326-ADA |
|---|---|
| Plaintiff, | |
| v. | JOINT STATUS REPORT; STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CONTESTED HEARING |
| JOSE MARTINEZ | |
| Defendant. | |

## BACKGROUND

This supervised release violation matter is currently scheduled for a status conference on **September 11, 2024.** The parties have agreed to vacate the preliminary hearing and set a contested hearing for **October 7, 2024**.

## STIPULATION AND [PROPOSED] ORDER

The parties have discussed this matter and determined that contested hearing is necessary. The United States estimates that its evidentiary presentation would involve 1-2 court hours.

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for September 11, 2024 be vacated and a contested

1

violation hearing set on October 7, 2024.  As this is a supervised release matter, no exclusion of time the Speedy Trial Act is necessary.

///

                                  Respectfully submitted,

                                  PHILLIP A. TALBERT
                                  United States Attorney

DATED: September 9, 2024                By:    /s/ Michael G. Tierney
                                                      Michael G. Tierney
                                                      Assistant United States Attorney

                                  HEATHER E. WILLIAMS
                                  Federal Defender

DATED: September 9, 2024                By:    /s/ Laura Myers
                                                      Assistant Federal Defender
                                                      Attorneys for Jose Martinez

## **O R D E R**

    **IT IS SO ORDERED.**  The status conference currently set for September 11, 2024, is hereby vacated.  The Court sets a contested hearing in this matter on **October 7, 2024, at 1:00 p.m. before District Judge Jennifer L. Thurston**.

IT IS SO ORDERED.

    Dated:  **September 10, 2024**                /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE