AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **JOSE MARTINEZ** | Criminal Number: **1:21-cr-00326-001** |
| | Defendant's Attorney: Laura Myers, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)  4  as alleged in the violation petition filed on  9/20/2024 .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge 4 | FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER | 2/13/2023 |

The court:   [ ] revokes:   [✓] terminates:   [ ] continues under same conditions of supervision heretofore ordered on  1/9/2023 .

The defendant is sentenced as provided in pages 2 through  1  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Charge(s)  1, 2, 3, 5  are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| |
|---|
| 12/18/2024 |
| Date of Imposition of Sentence |
| /s/ John C. Coughenour |
| Signature of Judicial Officer |
| **John C. Coughenour**, Senior U. S. District Judge |
| Name & Title of Judicial Officer |
| 1/3/2025 |
| Date |